UNITED STATES of America, Plaintiff–Appellee,

v.

Marcellus ROUNDTREE, a.k.a. Four, a.k.a. Fatboy, Defendant–Appellant.

No. 14–15482
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 21, 2015.

Brian Dobbins, Wifredo A. Ferrer, Karen E. Moore, Kathleen Mary Salyer, Seth

Michael Schlessinger, U.S. Attorney's Office—Social Security, Miami, FL, for Plaintiff–Appellee.

Sheryl Joyce Lowenthal, Law Offices of Sheryl Lowenthal, Miami, FL, for Defendant–Appellant.

Before TJOFLAT, WILSON and JORDAN, Circuit Judges.

PER CURIAM:

Sheryl J. Lowenthal, appointed counsel for Marcellus Roundtree in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Roundtree's conviction and sentence are **AFFIRMED**.